UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States of America,

v.

Kevin Ray Adams,

Defendant.

Case No. 3:26-mj-70652 MAG

Charging District's Case Number:

CR 14-0138-JLT-SKO-1

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Eastern District of California. Robert E. Coyle Courthouse, 2500 Tulare St., Fresno, CA 93721

The defendant:

( ) will obtain an attorney.

( x ) is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, Kevin Ray Adams, forthwith, together with a copy of this order, to the charging district and deliver the defendant to the United States Marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Dated: 5 17 12026

_____

United States Magistrate Judge